UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 21-9049-CAS (KS)                                                Date: March 22, 2022

Title    _Ernie Sandoval v. Warden C. Koenig_

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Petitioner: n/a            Attorneys Present for Respondents: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

     On November 17, 2021, Petitioner, a California state prisoner proceeding _pro se_ and _in forma pauperis_, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (the "Petition") challenging his parole eligibility date. Petitioner is currently serving a second-strike sentence of 60 years to life after a conviction of second degree murder and various enhancements. (Dkt. No. 1 at 2; Dkt. No. 9 at 7-8.) On January 24, 2022, Respondent filed a Motion to Dismiss the Petition (the "Motion") on the grounds that the Petition contains non-cognizable and unauthorized, successive claims. (Dkt. No. 9.)

     Pursuant to the Court's December 9, 2021 Order Requiring Response to Petition for Writ of Habeas Corpus, Petitioner's opposition to that Motion was due within 30 days of the service of the Motion – that is, no later than February 23, 2022. (Dkt. No. 3 at 3; Dkt. No. 9 at 18.)

     Petitioner's opposition is now nearly a month past-due. Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting . . . of the motion." Further, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a Petitioner "fails to prosecute or to comply with these rules or a court order." Thus, the Court could properly recommend dismissal of the action for Petitioner's failure to oppose the Motion and timely comply with the Court's orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 21-9049-CAS (KS)                                             Date: March 22, 2022

Title    _Ernie Sandoval v. Warden C. Koenig_

However, in the interests of justice, Petitioner is **ORDERED TO SHOW CAUSE on or before April 12, 2022** why the actiocn should not be dismissed under Local Rule 7-12 and Rule 41(b) of the Federal Rules of Civil Procedure. In order to discharge this Order and proceed with this action, Petitioner must file by the April 12, 2022 deadline either:

(1) an opposition to the Motion in compliance with the Local Rules and this Court's orders; or

(2) a request for an extension to file an opposition accompanied by a sworn declaration (not to exceed 3 pages) establishing good cause for Petitioner's failure to timely respond to the Motion.

Alternatively, Petitioner may discharge this order and dismiss this case by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Petitioner is cautioned that the failure to timely comply with this order will lead to a recommendation of dismissal based on Local Rule 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

                                                                                     :
                                                        **Initials of Preparer**   gr