O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE SANDOVAL,<br>        Petitioner,<br>   v.<br>WARDEN C. KOENIG,<br>        Respondent. | NO. CV 21-9049 CAS (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Respondent's Motion to Dismiss is GRANTED; (2) Grounds One, Two, and Four of the Petition are DISMISSED with prejudice; (3) Ground Three of the Petition is DISMISSED without prejudice; and (4) Judgment shall be entered dismissing this action.

DATED: August 17, 2022

                                                                        *Christina A. Snyder*
                                                             CHRISTINA A. SNYDER
                                                     UNITED STATES DISTRICT JUDGE