JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERNIE SANDOVAL, | ) | NO. CV 21-9049 CAS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN C. KOENIG, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice as to Grounds One, Two, and Four of the Petition, and without prejudice as to Ground Three of the Petition.

DATED: August 17, 2022

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE